*527 IKUTA, Circuit Judge,
specially concurring:
The district court ruled, in effect, that Dr. Hoffman’s opinion on causation would not “help the trier of fact to understand the evidence or to determine a fact in issue,” and was not “based on sufficient facts or data.” Fed.R.Evid. 702. Because the record shows that no evidence supported Dr. Hoffman’s opinion that the release handle (as opposed to the carrier handle) of the child car seat released because it hit the back of the front seat, the district court’s ruling was not “illogical, implausible, or without support in inferences that may be drawn from facts in the record.” United States v. Hinkson, 585 F.3d 1247, 1251 (9th Cir.2009). Therefore, the district court did not abuse its discretion in excluding Dr. Hoffman’s causation opinion. Nevertheless, even excluding this opinion, there was sufficient evidence to create a genuine issue of material fact regarding design defect and causation. Therefore I concur in the result.